## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOE, Subscriber Assigned** | : | |
| **IP Address 68.83.250.83** | : | **NO. 19-2364** |

## ORDER

**NOW**, this 17th day of October, 2019, it having been reported that the issues between the parties in this action have been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

<u>/s/ TIMOTHY J. SAVAGE J.</u>